IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ROBERT ALEXIS BRICENO TERAN,<br><br>               Petitioner,<br><br>vs.<br><br>PAMELA R. BONDI, Attorney General, et al.,<br><br>               Respondents. | 0:26-CV-1517<br><br>ORDER TO SHOW CAUSE |

    The petitioner seeks immediate release from U.S. Immigration and Customs Enforcement custody in the ERO El Paso Camp East Montana in El Paso, Texas. Filing 1. The petitioner asserts jurisdiction and venue are proper in the District of Minnesota because exceptions to the immediate custodian rule exist in this case. Filing 1 at 2-4; *see Rumsfeld v. Padilla*, 542 U.S. 426, 454 (2005) (Kennedy, J., concurring); *see also Egbele v. Bondi*, No. 26-cv-1439, slip op. at 3-5 (D. Minn. Feb. 18, 2026) (applying unknown custodian exception to immediate custodian rule). Pursuant to 28 U.S.C. § 2243,

    IT IS ORDERED:

1.     The respondents shall, on or before **February 23, 2026**, make a return certifying the true cause and proper duration of the petitioner's detention and showing cause why the writ should not be granted.

2.     The respondents' answer must include:

    a. Such affidavits and exhibits as are necessary to establish the lawfulness of the petitioner's detention in light of the issues raised in the petition;

    b. A reasoned memorandum of law and fact explaining the respondents' legal position on the petitioner's claims;

    c. The government's position on whether an evidentiary hearing should be conducted and whether this matter should be transferred to the Western District of Texas; and

    d. Whether petitioner was arrested pursuant to a warrant and, if so, a copy of that warrant.

3. The petitioner may reply in support of the petition on or before February 25, 2026, and shall address all efforts made by counsel to locate and communicate with the petitioner prior to filing the petition.

4. The respondents are enjoined from removing the petitioner from the United States until further order of the Court.

Dated this 18th day of February, 2026.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge